JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VIEN THI HO,<br><br>   Debtor.<br>_____ | Case No. CV 23-2016 FMO<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 27th day of July, 2023.

                                                        /s/
                                     Fernando M. Olguin
                                 United States District Judge